# GLPC | LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard, Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

July 30, 2025

Hon. Judge George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED. The conference is adjourned to September 9, 2025 at 10:00 AM.

*George B. Daniels*
George B. Daniels

Dated: JUL 3 0 2025

RE:  **LIZ v. HIBASE 36W INC**
     **DOCKET NO. 1:25-cv-5160**

Dear Judge Daniels:

The undersigned represents Pedro Liz, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for August 7th. This request for an adjournment is made jointly by the parties.

Defendant Hibase 36W Inc has not yet appeared on the docket, but I was advised yesterday by Joshua S. Lee, Esq. that he represents the defendant in this matter. The parties have not conducted a Rule 26(f) conference and have not had the opportunity to complete the pre-conference submissions.

Accordingly, the undersigned respectfully requests that Your Honor adjourn the conference for 30 days. Thank you for your time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy