# GLPC LAW OFFICE OF
# GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

September 2, 2025

Hon. Judge George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

SEP 0 2 2025

*[handwritten: SO ORDERED — The conference scheduled for September 9, 2025, is adjourned to October 9, 2025 at 10:00 a.m.]*

*[signature] George B. Daniels*
*HON. GEORGE B. DANIELS*

RE:   **LIZ v. HIBASE 36W INC**
      **DOCKET NO. 1:25-cv-5160**

Dear Judge Daniels:

The undersigned represents Pedro Liz, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for September 9th. This second request for an adjournment is made jointly by the parties.

As a preliminary matter, Defendant Hibase 36W Inc.'s counsel, Mr. Joshua S. Lee, has not yet filed a notice of appearance on the docket, and I will be asking him to do so today. To date, the parties have had some preliminary discussions regarding early resolution, but Mr. Lee has been out of the country and we have not yet conducted a Rule 26(f) conference or completed the pre-conference submissions.

Accordingly, the undersigned respectfully requests that Your Honor adjourn the conference for 30 days. Mr. Lee is aware of and consents to this request for an adjournment. The parties anticipate being prepared to proceed at the next scheduled date if the case does not settle beforehand. A copy of this letter has been sent to Mr. Lee.

I Thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy