# JOSHUA LEE
ATTORNEY AT LAW

Joshua S. Lee, Esq. Attorney at Law
347 5th Avenue, Suite 701
New York, New York 10016
Tel. 917-617-9353
Email. sophyholic@gmail.com

October 15, 2025

**SO ORDERED**

The conference scheduled for October 22, 2025 is adjourned to November 5, 2025 at 10:30 a.m.

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

10/16/2025

*Via ECF Filing*
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

**RE:** Liz v. Hibase 36W, Inc. d/b/a Towa
Case No. 1:25-cv-05160

Dear Judge Daniels:

I represent Defendant Hibase 36W, Inc. d/b/a Towa in the above-referenced matter. I respectfully write to request an adjournment of the in-person conference currently scheduled for **October 22, 2025**, due to my being out of state on a previously scheduled business trip during that week.

I have conferred with counsel for Plaintiff, who consents to this request. Subject to the Court's availability, the parties are available to appear on November 5, 2025, which has been confirmed as an available date by Chambers.

This request is made in good faith and not for the purposes of delay.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joshua S. Lee*
Joshua S. Lee, Esq.

JOSHUA S. LEE, ESQ.   Attorney at Law