UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PEDRO LIZ, on behalf of himself and all others similarly situated,

                              Plaintiff(s),

-against-

HIBASE 36W INC.,

                              Defendant(s).

------------------------------------x

ORDER

25 Civ. 5160 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle (*see* ECF No. 17), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

    All conferences previously scheduled are adjourned *sine die*.

Dated:   NOV 0 6 2025
New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge